

**RECEIVED** NOV 24 2025 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**FILED** NOV 24 2025 CLERK, U.S. DISTRICT CLERK WESTERN DISTRICT OF TEXAS BY DEPUTY

| | | |
|---|---|---|
| Kimberly D. Hogan | ) | Wilco Case # **23-2064-C26** |
| | ) | Cherokee Case # **2024070238** |
| | ) | 12th COA Case # **12-25-00166-CV** |
| | ) | SCOTX Case # **25-0826** |
| VS | ) | Cause for **Theft** for **Unpaid** Gas |
| | ) | and Minerals Extractions |
| XTO Energy Company | ) | |
| CEO/President Randy Cleveland | ) | Jury Trial |
| And John Does 1-5 | ) | |

1:25CV01959 DAE

## NOTICE

### APPEAL AND REMOVAL FROM SCOTX TO UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS DUE TO VIOLATION OF RULE 60 B 6 FRAUD BY THE LOWER COURTS NOW INCLUDING THE SCOTX CHIEF DEPUTY CLERK CLAUDIA JENKS

**1. Appellant:**

Plaintiff: Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

1

### 2. Appellee:

Defendant: XTO CEO/President Randy Cleveland

22777 Springwoods Village Pkwy.

Spring, Texas 77389

revenue_inquiry@exxonmobil.com , divorder@exxonmobil.com ,

XTOJIBinquiry@exxonmobil.com

(817) 870-2800 or 1-(800)-299-2800

### 3. XTO Council:

Mr. Joseph G. Thompson III (Lawyer)

joe.thompson@porterhedges.com

(713) 226-6704

Nabeela K. Arshi (Associate)

NArshi@porterhedges.com

(713) 226-6773

Cheri L. Deason (Legal Secretary)

CDeason@porterhedges.com

(713) 226-6501

1000 Main Street 36th Floor

Houston, Texas 77002

### 4. APPARENTLY FRAUDULENT GRANTEE:

Jerry Anne Jurenka

10 Oak Forest Drive

Longview, Texas 75605

(903) 663-0025

jajurenka@juno.com

On October 24th, 2025 at 6:18pm **(8 DAYS LATE AFTER THE SOL!)** Appellant Received an email from SCOTX Corrupt Chief Deputy Clerk Claudia Jenks containing a **FRAUDULENT** No Signature Writ of Mandamus "DENIED" Notice and has Not Received a Signed Order by any single Judge via email nor via USPS Hard Copy to this date of November 20th, 2025.

Appellant Hogan's Writ of Mandamus PROVES her Claim and PROVES the Corrupt Dishonorable Judge Michael Davis of the Texas 369th District Court DID NOT DO ANY ABSTRACT and Completely Ignored Appellant's Motion For Findings of Facts and Conclusions of Law and Appellant's Writ of Mandamus because he DID NOT DO AN ABSTRACT and is PROTECTING THE LAND DEED AND MINERALS THEFT CRIMINALS as have all the lower courts including the 12th COA and the SCOTX.

See Appellant Hogan's Filed ACCEPTED on September 15th 2025 **FRAUDULENTLY "DENIED"** Writ of Mandamus (containing all Filings Records and Orders in its Appendix) here:

https://acrobat.adobe.com/id/urn:aaid:sc:US:71e53758-0e2c-4616-bc50-09e6e38b9ae2

SEE RULE 60 (B)(6) Via this Link:

https://www.law.cornell.edu/rules/frcp/rule_60

Respectfully Submitted,

**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
900 Discovery Blvd. #13102
Cedar Park, Texas 78613
(303)246-1587
kdhogan@ymail.com

3

## Certification of Service

On November 21st, 2025 By regular Email, Plaintiff has Served to the Defendant/s Council Mr. Joseph G. Thompson III (Lawyer)

and Nabeela K. Arshi (Associate) and Cheri L. Deason (Legal Secretary) at:

joe.thompson@porterhedges.com, and Nabeela K. Arshi (Associate) at:

NArshi@porterhedges.com, and Cheri L. Deason (Legal Secretary) at:

c.deason@porterhedges.com

And

**FRAUDULENT GRANTEE Jerry Anne Jurenka** at:

jajurenka@juno.com


**/s/ Kimberly D. Hogan**

Kimberly D. Hogan


November 21st, 2025

4