# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kimberly D. Hogan | ) | Wilco Case # **23-2064-C26** |
| | ) | Cherokee Case # **2024070238** |
| | ) | 12th COA Case # **12-25-00166-CV** |
| | ) | SCOTX Case # **25-0826** |
| | ) | TXWD Case # **1:25-cv-01959-DAE** |
| VS | ) | Cause for **Theft** for **Unpaid** Gas |
| | ) | and Minerals Extractions |
| XTO Energy Company | ) | |
| CEO/President Randy Cleveland | ) | Jury Trial |
| And John Does 1-5 | ) | |

RECEIVED
DEC 1 5 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## NOTICE

**SUPPLEMENT RECORDS REQUEST TO THE LOWER COURTS HAVE BEEN ACCEPTED AND FILED INTO THE TEXAS 369TH DISTRICT COURT AND THE SUPREME COURT OF TEXAS MEANWHILE THE 12TH COA HAS CONTINUOUSLY FAILED TO RESPOND**

### 1. Appellant:

Plaintiff: Kimberly D. Hogan

900 Discovery Blvd. #13102

Cedar Park, Texas 78613

kdhogan@ymail.com

(303) 246-1587

1

## 2. Appellee:

Defendant: XTO CEO/President Randy Cleveland

22777 Springwoods Village Pkwy.

Spring, Texas 77389

revenue_inquiry@exxonmobil.com , divorder@exxonmobil.com ,

XTOJIBinquiry@exxonmobil.com

(817) 870-2800 or 1-(800)-299-2800

## 3. XTO Council:

Mr. Joseph G. Thompson III (Lawyer)

joe.thompson@porterhedges.com

(713) 226-6704

Cheri L. Deason (Legal Secretary)

CDeason@porterhedges.com

(713) 226-6501

1000 Main Street 36th Floor

Houston, Texas 77002

## 4. APPARENTLY FRAUDULENT GRANTEE:

Jerry Anne Jurenka

10 Oak Forest Drive

Longview, Texas 75605

(903) 663-0025

jajurenka@juno.com

The Supreme Court of Texas Received Accepted and Filed Their copy of the Supplements

Request on December 5th, 2025. See attached here:

```
FILED
25-0826
12/5/2025 3:57 PM
tex-108789567
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK
```

## SUPREME COURT OF TEXAS

| | | |
|---|---|---|
| Kimberly D. Hogan | ) | Wilco Case # 23-2064-C26 |
| | ) | Cherokee Case # 2024070238 |
| | ) | 12th COA Case # 12-25-00166-CV |
| | ) | SCOTX Case # 25-0826 |
| | ) | TWDC Case # 1:25-cv-01959-DAE |
| VS | ) | Cause for **Theft** for **Unpaid** Gas |
| | ) | and Minerals Extractions |
| XTO Energy Company | ) | |
| CEO/President Randy Cleveland | ) | Jury Trial |
| And John Does 1-5 | ) | |

### NOTICE / REQUEST
### SUPPLEMENT RECORDS ARE TO BE FORWARDED INTO THE U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

Pursuant to 28 U.S.C. 1447(b) removing party is to have the State Court/s Supplement the TXWD Court and File their complete file, including their docket sheet into this cause/case: 1:25-cv-01959-DAE

See Attached **O R D E R :**

1

The 369th District Court Received The Submitted Supplements Request on December 5th,

2025 and Accepted and Filed The Supplements Request on December 8th, 2025. See attached here:

# Case Alert: 2024070238 | KIMBERLY D. HOGAN VS. XTO CEO/ PRESIDENT RANDY CLEVEL,JOSEPH G. III THOMPSON,XTO ENERGY INC.



**noreply@research.txcourts.gov**   Dec 10
To: Me

Hi Kimberly Hogan,

New filing(s) were added to case KIMBERLY D. HOGAN VS. XTO CEO/PRESIDENT RANDY CLEVEL,JOSEPH G. III THOMPSON,XTO ENERGY INC. - 2024070238.

Location: Cherokee County - 369th District Court

1. No Fee Documents No Fee Documents

Filing Description: Letter To Clerk To Supplement Records To TXWD

Filed On: 12/8/2025

View Online:
https://research.txcourts.gov/CourtRecordsSearch/ViewCase/cba04d3f466556568aba0983f8945c6f

4

The 12th Court of Appeals has Denied/**Returned** and Ignored the multiple attempts by Appellant Hogan to Request the required Supplement Records to be forwarded by them to the Texas Western District Court. See attachments here:

# Filing Submitted for Case: 12-25-00166-CV; ; Envelope Number: 108788790



no-reply@efilingmail.tylertech....   Dec 5
To: Me



**Filing Submitted**

Envelope Number: 108788790
Case Number: 12-25-00166-CV
Case Style:

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| Court | Courts of Appeals |
| Date/Time Submitted | 12/5/2025 3:48 PM CST |
| Filing Type | Other Document |
| Filing Description | Notice Supplement Records To Be Forwarded To TXWD |
| Type of Filing | EFileAndServe |
| Filed By | Kimberly Hogan |
| Filing Attorney | |

5

← **Re: Copies of Notices / Requests Sent / S...**

Kim Hogan <kdhogan@ymail.com>

To:
Alison Dotson <alison.dc@cocherokee.org>
dcoffice@cocherokee.org
katrina.mcclenny@txcourts.gov
Amy Sellers <amy.sellers@txcourts.gov>
ashley.rozell@txcourts.gov
blake.hawthorne@txcourts.gov
claudia.jenks@txcourts.gov
philip_devlin@txwd.uscourts.gov
Koren Brown <arcanapublishing@yahoo.com>
Judson Witham <notjuris@gmail.com>
Witham Jud <entwitham@yahoo.com>

Date:
December 5, 2025 at 4:17 PM

Thank You.

Respectfully Submitted,

/s/ Kimberly D. Hogan

3 Attachments

📄 XTO Case_ Notice Supp...om 369th To TXWD.pdf

📄 XTO Case_ Notice Supp...12th COA To TXWD.pdf

📄 XTO Case_ Notice Sup...m SCOTX To TXWD.pdf

🗑 Delete    ↩ Reply    ↪ Forward    ⬆ Move    ••• More

6

← **Re: Copies of Notices / Requests Sent / S...**

Judson Witham <notjuris@gmail.com>
Witham Jud <entwitham@yahoo.com>
Nabeela K. Arshi
<narshi@porterhedges.com>
Thompson Joseph G. III
<joe.thompson@porterhedges.com>
Stephanie A. Jennings
<sjennings@porterhedges.com>
adminpj3@co.comal.tx.us
terri.shepherd@co.gregg.tx.us
Date:
December 8, 2025 at 3:01 PM

I just Submitted these Letters (PDFs attached below) to both the Court's Clerk's that Wrongfully Returned the previous Filings that were submitted on December 5th 2025.
I am doing my required part, hopefully these clerks will do theirs!
Apparently NOT, the Submitted Envelopes are RETURNED Yet Again!

~ Kim Hogan


Show trimmed content ⌄


2 Attachments

 XTO Case; Letter To 36...t Records To TXWD.pdf

 XTO Case_ Letter To 12...t Records To TXWD.pdf

The behavior of the 12th COA has been the experience!

Respectfully Submitted,

**/s/ Kimberly D. Hogan**
Kimberly D. Hogan
900 Discovery Blvd. #13102
Cedar Park, Texas 78613
(303)246-1587
kdhogan@ymail.com

December 11th, 2025