AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

KIMBERLY D. HOGAN
*Plaintiff*
v.
XTO ENERGY COMPANY ET AL.
*Defendant*

Civil Action No. 1:25-CV-01959-DAE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: .

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra on a motion for ORDER ADOPTING REPORT AND RECOMMENDATIONS .

Date: 06/18/2026

**Philip J. Devlin**
*CLERK OF COURT*

Christina Cordero
*Signature of Clerk or Deputy Clerk*